WALLACE (ROOT v.). See Case No. 12,039.

---

## Case No. 17,103.

### WALLACE v. TAYLOR et al.

[1 Cranch, C. C. 393.] [1]

Circuit Court, District of Columbia. April Term, 1807.

EQUITY PLEADING—AMENDMENTS.

A material amendment of a bill, after answer, must be on payment of all costs, including the solicitor's fee.

Chancery attachment. Motion to amend the bill, after answer of Marine Insurance Company denying funds in their hands.

Mr. Taylor, for plaintiff. The amendment is to state specially a loss of F. S. Taylor's vessel or goods, so as to get a specific answer as to the particular circumstances of the insurance and loss. The amendment was granted on payment of all costs, including solicitor's fee, and the cause sent to the rules. The same order in Wilson v. Same and Hartshorne & Taylor v. Same.